**MACEY & ALEMAN,**
**DBA: LEGAL HELPERS, P.C.**
Shelley S. Farrsiar SBN 265968
Joanna Stevenson SBN 250081
428 J Street, Suite 280
Sacramento, California 95814
Telephone: 888-303-5110
Facsimile: 415-986-1850

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 10-31531 |
| **DAVID E. HENDERSON AND MAUREEN A. ENBYSK- HENDERSON,** | MCN: SSF-1 |
| | **DEBTORS MOTION TO SELL REAL PROPERTY** |
| Debtors | Date: September 29, 2010<br>Time: 10:00 AM<br>Judge: Hon. Robert S. Bardwil<br>Location: United States Federal Courthouse<br>501 I St. Courtroom 34 6th Floor<br>Sacramento, CA 95814 |

**DEBTOR'S MOTION TO SELL REAL PROPERTY OF THE ESTATE**

TO: THE HONORABLE ROBERT S. BARDWIL, JUDGE, U.S. BANKRUPTCY COURT; THE OFFICE OF THE U.S. TRUSTEE; J. MICHAEL HOPPER, CHAPTER 7 TRUSTEE

1. The Debtor hereby moves the Court for an order authorizing the Debtor to:

[ ] Complete the sale of the property at:_____.

[ X ] Enter into a future contract within the next 60 days for sale of property to Dan Yu. Dan Yu has already obtained financing for the property

2. The Debtor is selling: 5028 Laguna Park Drive, Elk Grove, CA 95758.

3. $ \_165,000_____ or more is the minimum price for the sale of the property located at the above address. The house is being sold because the Debtor surrendered her interest in the home.

4. Special terms regarding this sale of property are: NONE

1

5. Debtor will not be entitled to retain any of the proceeds from the sale of the home, and any additional proceeds, after cost of sale as detailed below, and fully satisfying the mortgage with Bank of America, will be turned over to the Trustee's office.

6. The Debtor(s) certifies that:

(1) The sale price represents a fair value for the subject property;

(2) All creditors with liens and security interests encumbering the subject property will be paid from the purchases price before or simultaneously with the transfer of title or possession to the buyer.

(3) All costs of sale, such as escrow fees, title insurance, broker's commissions, will be paid from the sale proceeds;

(4) The sale price is all cash;

(5) The Debtor(s) will not relinquish title to or possession of the subject property prior to payment in full of the purchase price; and

(6) The sale is an arm's length transaction.

I certify that the above information is true, under penalty of perjury.

Respectfully submitted:

Dated:_____8/25/10_____ Signed:___/s/ Shelley S. Farrsiar

                                                                                         Shelley S. Farrsiar
Attorney for Debtor